IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LEO BRADY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CLOUD PEAK ENERGY, INC., a Delaware corporation, and CLOUD PEAK ENERGY SERVICES COMPANY, a Delaware company,<br><br>Defendants. | CV 18-105-BLG-SPW<br><br>ORDER |

Defendants Cloud Peak Energy, Inc. and Cloud Peak Energy Services Company move for the admission of Bradley T. Cave to practice before the Court in the above captioned matter with Brianne C. McClafferty of Billings, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d), and plaintiff does not object.

IT IS SO ORDERED that Defendants Cloud Peak Energy, Inc. and Cloud Peak Energy Services Company's motion to admit Bradley T. Cave to appear *pro hac vice* (Doc. 3) is GRANTED and he is authorized to appear as counsel with Brianne C. McClafferty pursuant to L.R. 83.1(d) in the above captioned matter.

1

DATED this 31st day of August, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge