IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
MAY 13 2019
Clerk, US District Court
District of Montana - Billings

| | |
|---|---|
| LEO BRADY, an individual, | CV 18-105-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| CLOUD PEAK ENERGY, INC., a Delaware corporation, and CLOUD PEAK ENERGY SERVICES COMPANY, a Delaware company, | |
| Defendants. | |

On May 13, 2019, the Defendants filed a suggestion of bankruptcy, (Doc. 18), indicating the Defendants filed for bankruptcy under Chapter 11 of the United States Bankruptcy Code. (Doc. 18-1). Accordingly, the Court orders this case stayed pursuant to 11 U.S.C. § 362.

DATED this 13th day of May, 2019.

SUSAN P. WATTERS
United States District Judge

1