IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LEO BRADY, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CLOUD PEAK ENERGY, INC., a Delaware corporation, and CLOUD PEAK ENERGY SERVICES COMPANY, a Delaware company,<br><br>　　　　　Defendants. | CV 18-105-BLG-SPW<br><br>ORDER |

Pursuant to the Court's May 13, 2019 Order (Doc. 19) staying this case pursuant to 11 U.S.C. § 362,

**IT IS HEREBY ORDERED** that the Final Pretrial Conference set for Tuesday, February 18, 2020 at 1:30 p.m. is **VACATED.**

**IT IS FURTHER ORDERED** that the Jury Trial set for Monday, February 24, 2020 at 9:00 a.m. is **VACATED,** along with all deadlines outlined in the Court's Scheduling Order (Doc. 17).

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this  4th  day of February, 2020.

　　　　　　　　　　　　　　　　／s／ Susan P. Watters
　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　United States District Judge