IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LEO BRADY, an individual,<br><br>               Plaintiff,<br><br>vs.<br><br>CLOUD PEAK ENERGY, INC., a Delaware corporation, and CLOUD PEAK ENERGY SERVICES COMPANY, a Delaware company,<br><br>               Defendants. | CV 18-105-BLG-SPW<br><br><br>ORDER |

On May 13, 2019, Defendants filed a suggestion of bankruptcy, (Doc. 18), indicating the Defendants filed for bankruptcy under Chapter 11 of the United States Bankruptcy Code. (Doc. 18-1). Accordingly, the Court ordered this case stayed pursuant to 11 U.S.C. § 362 (Doc. 19). To date, the record reflects that neither the Plaintiff nor the Defendants have made any further appearances before the Court. Accordingly,

**IT IS HEREBY ORDERED** that the parties file a joint Status Report by **May 20, 2026** informing the Court of the status of this case.

1

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this ___6th___ day of May, 2026.

Susan P. Watters

SUSAN P. WATTERS
United States District Judge